UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

E-IMAGEDATA CORP.,

    Plaintiff,

    v.                                                                                                      Case No. 3:12-cv-686
                                                                                                                               and
                                                                                                                          Case No. 3:13-cv-721

KONICA MINOLTA BUSINESS
SOLUTIONS U.S.A., INC., NAVIANT, INC.,
and INDUS INTERNATIONAL, INC.,

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, e-ImageData Corp., and Defendants, Konica Minolta Business Solutions U.S.A., Inc., Naviant, Inc., and Indus International, Inc., by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's complaints and all claims contained therein shall be dismissed with prejudice, and that each party shall bear its own costs, expenses and attorney's fees.

| | |
|---|---|
| Dated this 5th day of January, 2015. | Dated this 5th day of January, 2015. |
| /s/ Matthew J. Duchemin | /s/ Hector G. Gallegos |
| Matthew J. Duchemin | Hector G. Gallegos (admitted pro hac vice) |
| QUARLES & BRADY LLP | Alex S. Yap (admitted pro hac vice) |
| 33 E. Main St., Suite 900 | MORRISON & FOERSTER LLP |
| Madison, WI 53703 | 707 Wilshire Blvd., Suite 6000 |
| Phone: (608) 251-5000 | Los Angeles, CA 90017-3543 |
| Fax: (608) 294-4916 | Telephone: (213) 892-5200 |
| matthew.duchemin@quarles.com | Facsimile: (213) 892-5454 |
| | Email: hgallegos@mofo.com; |
| |       ayap@mofo.com |

Johanna M. Wilbert
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee, WI 53202-4497
Telephone: 414-277-5000
Fax: 414-978-8942
E-mail: johanna.wilbert@quarles.com

Attorneys for Plaintiff, e-ImageData Corp.

Yuka Teraguchi (admitted pro hac vice)
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor 5-1
Marunouchi 1-Chome, Chiyoda-ku
Tokyo 100-6529, Japan
yteraguchi@mofo.com

Catherine Cetrangolo
CETRA LAW FIRM LLC
20 North Carroll Street
Madison, WI 53703
Telephone: (608) 535-9220
Email: cetrangolo@cetralaw.com

Attorneys for Defendants,
Konica Minolta Business Solutions U.S.A.,
Inc., Naviant, Inc. and Indus International, Inc.